# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

       **Plaintiff,**　　　　　　　　　Case No. 04-CR-196

    vs.

**LUIS ASCENCIO, et al.,**

       **Defendants.**

---

## AMENDED PRELIMINARY ORDER OF FORFEITURE

---

Based on the plaintiff's Motion to Amend Preliminary Order of Forfeiture, it is hereby **ORDERED AND ADJUDGED**:

That the Preliminary Order of Forfeiture filed on May 13, 2005, shall be amended by dismissing items 2 and 4.

    2.    1995 Lexus GS300, White, Wisconsin Registration 896GJP, VIN # JT8JS47E8S0109508.

    4.    $1,400.00 US Currency seized from Luis Ascencio on September 1, 2004, 3447 N. 48th Street.

In all other respects, the Court's Order filed on May 13, 2005, in this matter shall remain unaltered and unchanged.

Dated at Milwaukee, Wisconsin, this 19th day of August, 2005.

                                    s/ Rudolph T. Randa
                                    HONORABLE RUDOLPH T. RANDA
                                    Chief Judge